UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO.: 15-20285-BKC-AJC
PROCEEDING UNDER CHAPTER 13

PEDRO MANUEL TRISTAN

DEBTOR_____/

### TRUSTEE'S REQUEST FOR COPY OF DEBTOR'S TAX INFORMATION
**(30 day deadline)**

Nancy K. Neidich, Standing Chapter 13 Trustee, files this Request for Copy of Debtor's Tax Information and states as follows:

1. Pursuant to the confirmed plan, the Debtor(s) are required to provide the Trustee with copies of their tax returns each year.

2. The debtor(s) have failed to provide the Trustee with their tax returns. The last tax returns provided to the Trustee was for the year 12/31/2014 12:00:00AM.

3. The Trustee is requesting the debtor provide all subsequent tax returns within 30 days of this notice to the Trustee through www.13Documents.com, by fax to 305-443-4452 or by mail to P.O. Box 279806, Miramar, Florida 33027 or in the alternative to file a sworn affidavit that the debtor was not required under law to file a tax return.

**Submitted by**

_____/s/_____

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

### CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

Via Electronic Service:
RICARDO R. CORONA, ESQ.